POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Jeffrey L. Cutler (SBN 100639); Emily Johnson (SBN 342847);<br>Harrison Levy (SBN 334121);<br>WOHLNER KAPLON CUTLER HALFORD ROSENFELD & LEVY<br>16501 Ventura Boulevard  Suite 304 Encino, CA 91436<br>TELEPHONE NO.: (818) 501-8030 | FAX NO. (818) 501-5306 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*:  Plaintiffs | FOR COURT USE ONLY |
|---|---|

| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: CENTRAL DISTRICT |
|---|

| PLAINTIFF/PETITIONER: THE BOARDS OF TRUSTEES OF THE WESTERN STATES INSULATORS AND ALLIED WORKERS' PENSION PLAN; et al.<br>DEFENDANT/RESPONDENT: VETERAN SPECIALTIES CONTRACTING, INC., a California corporation; et al. | CASE NUMBER:<br>2:23-cv-08402 JLS (SSCx) |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2242577KA |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Assignment to United States Judges; Certification and Notice of Interested Parties
3. a. Party served *(specify name of party as shown on documents served)*:

   **VETERAN SPECIALTIES CONTRACTING, INC., a California corporation**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Andres Maturino, Agent for service of process**

4. Address where the party was served:  **35566 Desert Rose Way**
   **Lake Elsinore, CA 92532**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: **10/23/2023** at *(time)*: **7:19 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **"Jane Doe", Occupant**

   **Age: 60's | Weight: 150 lbs | Hair: Black | Sex: Female | Height: 5'0" | Eyes: Dark Colored | Race: Hispanic**

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☑ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*: **10/24/2023** from *(city)*: **Riverside**       **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use<br>
Judicial Council of California<br>
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10<br>
POS010-1/2242577

| | |
|---|---|
| Plaintiff: THE BOARDS OF TRUSTEES OF THE WESTERN STATES INSULATORS AND ALLIED WORKERS' PENSION PLAN; et al.<br>Defendant: VETERAN SPECIALTIES CONTRACTING, INC., a California corporation; et al. | CASE NUMBER:<br>2:23-cv-08402 JLS (SSCx) |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date)*:                                      (2) from *(city)*:

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: **VETERAN SPECIALTIES CONTRACTING, INC., a California corporation**
      under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☒ other: **FCRP 4(h)(1)** |

7. **Person who served papers**
   a. Name: **Sandra Andrade - Ace Attorney Service, Inc.**
   b. Address: **811 Wilshire Boulevard, Suite 900  Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 260.21**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner    ☒ employee    ☐ independent contractor.
         (ii) Registration No.: **20220659971**
         (iii) County: **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **11/3/2023**

             **Sandra Andrade**                 ▶              */s/ Sandra Andrade*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)            (Signature - Per CC §1633.7)

# DECLARATION OF DILIGENCE

CASE NAME: **THE BOARDS OF TRUSTEES OF THE WESTERN STATES INSULATORS AND ALLIED WORKERS' PENSION PLAN; et al.**

v.

**VETERAN SPECIALTIES CONTRACTING, INC., a California corporation; et al.**

CASE NUMBER: **2:23-cv-08402 JLS (SSCx)**

I am and was on the dates herein mentioned, over the age of 18 years and not a party to the action. I received the within process on November 13, 2023 and after due and diligent effort, I have been unable to effect personal service of the following document(s) on the within named: **Summons; Complaint; Alternative Dispute (ADR) package; Civil Case Cover Sheet (served in complex cases only); Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Assignment to United States Judges; Certification and Notice of Interested Parties**

Name: **VETERAN SPECIALTIES CONTRACTING, INC., a California corporation**

1st Address: **35566 Desert Rose Way
Lake Elsinore, CA 92532**

Dates and times of attempts with reported details are listed below:

| Date | Time | Server | Result |
| --- | --- | --- | --- |
| 10/15/2023 | 5:29 PM | Sandra Andrade | I arrived at the address given for service of process. This address corresponds to a residence. When I arrived a parked Grey Mustang was parked in the driveway. I rang the door bell but received no response. Eventually the subjects son came to the door and said the subject was at the gym. |
| 10/23/2023 | 8:00 PM | Sandra Andrade | I arrived at the address given for service of process. When I arrived I was not able to gain access inside the gated community. I waited 10 minutes and no access. |
| 10/24/2023 | 7:19 PM | Sandra Andrade | I arrived at the address given for service of process. As such I substituted service upon "Jane Doe", Occupant on behalf of ANDRES MATURINO. |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of November, 2023 at Los Angeles, California.

Process Server for
**Ace Attorney Service, Inc.**
811 Wilshire Boulevard
Suite 900
Los Angeles, CA 90017
(213) 623-3979

**Sandra Andrade**