JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARDS OF TRUSTEES OF THE WESTERN STATES INSULATORS AND ALLIED WORKERS' PENSION PLAN; THE WESTERN STATES INSULATORS AND ALLIED WORKERS' HEALTH PLAN; THE WESTERN STATES INSULATORS AND ALLIED WORKERS' INDIVIDUAL ACCOUNT PLAN; AND THE HEAT AND FROST INSULATORS AND ALLIED WORKERS' HEALTH AND WELFARE TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> VETERAN SPECIALTIES CONTRACTING, INC., a California corporation; ANDRES MATURINO, Individually, <br><br> Defendants. | **CASE NO. 2:23-cv-08402-JLS-SSC** <br><br> **JUDGMENT** |

1. The above-entitled matter came before the Honorable Josephine L. Staton, United States District Court Judge, pursuant to the Motion of Plaintiffs, the Boards of Trustees of the Western States Insulators and Allied Workers' Pension Plan; the Western States Insulators and Allied Workers' Health Plan; the Western States Insulators and Allied Workers' Individual Account Plan; and The Heat And Frost Insulators and Allied Workers' Health and Welfare Trust Fund (hereinafter, "Trusts" or "Plaintiffs") for Entry of Default Judgment against Defendants Veteran Specialties Contracting, Inc., a California corporation and Andres Maturino, individually ("Defendants" or "Veterans Specialties").

The Court has considered Plaintiffs' Motion for Entry of Default Judgment, supporting Declarations, and evidence submitted in support, and has granted default judgment.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall have judgment against Defendants, as follows:

1. Defendants are ORDERED within thirty (30) days hereof to:

   A. Make available to the Trusts the following records for the period of November 1, 2019 through December 31, 2022: list of all employees, their positions and hire/term dates; the weekly payroll register for all employees reported showing hours, gross wages, deductions, and net wages; timecards for everyone reported for the month of May 2022 only; DE-9C for the second quarter of 2022 only, with social security numbers redacted; W2-s for 2022 for Peter Rivas and Rivas Daniel only, with social security numbers redacted; and General Check Register/Cash Disbursements for the month of August 2022 only.

   B. Afford to the Trusts and their authorized representatives both ample time and opportunity to examine Veteran Specialties' materials as specified above without harassment and at such time and at such place as shall be mutually convenient to the authorized representatives of the Trusts.

2. In the event that Defendants cannot produce all the records which the Trusts require to conduct their examination, Defendants are ORDERED to participate in record reconstruction, whereby Defendants shall have thirty (30) days to:

    A. Apply to the Federal and State agencies with which Veteran Specialties previously filed periodic reports pertaining to employees for copies of such reports filed by them for all of the periods for which Defendants cannot produce records to the Trusts; and

    B. Subsequently make available to the Trusts all such copies of Veteran Specialties' periodic reports to the Federal and State agencies under the conditions set forth in 1(B), above.

    C. Produce to the Trusts all such applicable records received from such Federal and State agencies within fourteen (14) days or receipt.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that the Trusts shall have judgment in the amount of $4,964.45, consisting of attorneys' fees.

DATED: March 29, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

-3-